UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | CV 11 - 10697 PSG (JCGx) | Date: | December 10, 2012 |
|---|---|---|---|
| Title: | *Mojtaba Ghaemi v. JP Morgan Chase, N.A., et al.* | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present     Not Present

Proceedings:     **(In Chambers) Order to Show Cause**

**IT IS HEREBY ORDERED** that \Plaintiff show cause in writing on or before **January 9, 2013**, why this action should not be dismissed for lack of prosecution as to Defendant Bank of America, N.A. ("Defendant").

The Court will consider the filing of the following on or before the above date, as an appropriate response to this Order to Show Cause.

**X**     Proof of Service of Summons and Complaint by Plaintiff.

___     Response to Complaint by Defendants ** *OR* Request for Entry of Default by Plaintiff.

___     Motion for Entry of Default Judgment by Plaintiff *OR* Request to Clerk for Entry of Default Judgment by Plaintiff.

___     Filing of Rule 26(f) Joint Report.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.  Failure to respond to this Order to Show Cause may result in the dismissal of the entire action.

cc: Counsel

----     :     ----

Initials of Preparer