UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6(lc)

CIVIL MINUTES - GENERAL

| Case No. | CV 11 - 10697 PSG (JCGx) | Date | January 30, 2013 |
|---|---|---|---|
| Title | *Mojtaba Ghaemi v. JP Morgan Chase Bank, N.A., et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Reported | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):           Attorneys Present for Defendant(s):

Not Present                                              Not Present

**Proceedings:   (In Chambers): Order DISMISSING Defendant Bank of America, N.A.**

On December 10, 2012, the Court issued an Order to Show Cause ("OSC") why the above-captioned matter should not be dismissed as to Defendant Bank of America, N.A. ("Bank of America") for lack of prosecution.

Plaintiff was required to respond to the OSC by filing a Proof of Service of Summons and Complaint by January 9, 2013. To date, Plaintiff has failed to respond to the OSC. Accordingly, the Court DISMISSES the action as to Bank of America.

**IT IS SO ORDERED.**